# EXHIBIT A

# MASSIMODECARLO

Bank Details (USD): NatWest
Regent Street Branch, 250 Regent Street
London W1B 3BN - UK
Account Name: Carlson Ltd
USD Account No: 140/00/28672496
Account Key: NXNFVWYQ-USD-00
IBAN: GB88NWBK60730128672496
BIC/SWIFT: NWBKGB2L
Sort Code: 560027

Mr David Shuman
260 Park Avenue South - Penthouse
NEW YORK
NY 10010
UNITED STATES OF AMERICA

**Invoice n. 559/2015 - 19/02/2015**

Client code CL44425

**Retail price**    $ 50 000,00
**Less 20% disc**   $ 10 000,00



URA-524-B

Andra Ursuta
Hooked On Farming, 2015
Canvas and velvet on plywood panel, with Optium in wooden frame
189.6 x 147.4 x 9.3 cm / 74 3/4 x 58 x 3 5/8 inches

| Amount | Sales tax | Total |
|---|---|---|
| 40 000,00 | 0,00 | 40 000,00 |

Outside the scope of VAT (work for export)                                $

Payment is due upon receipt of invoice. Payment to be made in currency indicated. Please make wire transfers payable to Carlson Ltd and quote the invoice number. If paying by wire transaction, you MUST add $ 25.00 to invoice total to cover banking fees. Any incurred wiring fees will be invoiced. Cheques are not accepted as a means of payment. Crating, shipping, taxes and insurance charges are the responsibility of the purchaser and are not included in the sales price. Title of work remains with Carlson Limited until payment is received in full. Artist retains copyright.



{ MDC }
WWW.MASSIMODECARLO.COM

55 SOUTH AUDLEY STREET - UK - LONDON W1K 2QH - T./F. +44 (0)20 7287.2005 - LONDON@MASSIMODECARLO.COM

# MASSIMODECARLO

Bank Details (USD): NatWest
Regent Street Branch, 250 Regent Street
London W1B 3BN - UK
Account Name: Carlson Ltd
USD Account No: 140/00/28672496
Account Key: NXNFVWYQ-USD-00
IBAN: GB88NWBK60730128672496
BIC/SWIFT: NWBKGB2L
Sort Code: 560027

Mr David Shuman
260 Park Avenue South - Penthouse
NEW YORK
NY 10010
UNITED STATES OF AMERICA

**Invoice n. 603/2015 - 20/05/2015**

Client code CL44425

**Retail price      $ 160 000,00**
**Less 20% disc $ 32 000,00**



UKL-624-B

Piotr Uklański
Untitled (Blood Joke), 2014
Ink and gesso on canvas
165.1 x 165.4 cm / 65 x 65 1/8 inches

| Amount | Sales tax | Total |
|---|---|---|
| 128 000,00 | 0,00 | 128 000,00 |
| Outside the scope of VAT | | $ |

Payment is due upon receipt of invoice. Payment to be made in currency indicated. Please make wire transfers payable to Carlson Ltd and quote the invoice number. If paying by wire transaction, you MUST add $ 25.00 to invoice total to cover banking fees. Any incurred wiring fees will be invoiced. Cheques are not accepted as a means of payment. Crating, shipping, taxes and insurance charges are the responsibility of the purchaser and are not included in the sales price. Title of work remains with Carlson Limited until payment is received in full. Artist retains copyright.



{ MDC }
WWW.MASSIMODECARLO.COM

55 SOUTH AUDLEY STREET - UK - LONDON W1K 2QH - T./F. +44 (0)20 7287.2005 - LONDON@MASSIMODECARLO.COM

# MASSIMODECARLO

Bank Details (USD): NatWest
Regent Street Branch, 250 Regent Street
London W1B 3BN - UK
Account Name: Carlson Ltd
USD Account No: 140/00/28672496
Account Key: NXNFVWYQ-USD-00
IBAN: GB88NWBK60730128672496
BIC/SWIFT: NWBKGB2L
Sort Code: 560027

Mr David Shuman
260 Park Avenue South - Penthouse
NEW YORK
NY 10010
UNITED STATES OF AMERICA

**Invoice n. 602/2015 - 20/05/2015**

Client code CL44425

**Retail price $ 50 000,00**
**Less 20%   $ 10 000,00**



URA-523-B

Andra Ursuta
Gastarbeiter, 2015
Canvas and velvet on plywood panel, with Optium in wooden frame
218.5 x 147.5 x 9.3 cm / 86 x 58 1/4 x 3 5/8 inches

| Amount | Sales tax | Total |
|---|---|---|
| 40 000,00 | 0,00 | 40 000,00 |
| Outside the scope of VAT | | $ |

Payment is due upon receipt of invoice. Payment to be made in currency indicated. Please make wire transfers payable to Carlson Ltd and quote the invoice number. If paying by wire transaction, you MUST add $ 25.00 to invoice total to cover banking fees. Any incurred wiring fees will be invoiced. Cheques are not accepted as a means of payment. Crating, shipping, taxes and insurance charges are the responsibility of the purchaser and are not included in the sales price. Title of work remains with Carlson Limited until payment is received in full. Artist retains copyright.



{ MDC }
WWW.MASSIMODECARLO.COM

55 SOUTH AUDLEY STREET - UK - LONDON W1K 2QH - T./F. +44 (0)20 7287.2005 - LONDON@MASSIMODECARLO.COM

# MASSIMODECARLO

Bank Details (USD): NatWest
Regent Street Branch, 250 Regent Street
London W1B 3BN - UK
Account Name: Carlson Ltd
USD Account No: 140/00/28672496
Account Key: NXNFVWYQ-USD-00
IBAN: GB88NWBK60730128672496
BIC/SWIFT: NWBKGB2L
Sort Code: 560027

Mr David Shuman
260 Park Avenue South - Penthouse
NEW YORK
NY 10010
UNITED STATES OF AMERICA

**Invoice n. 625/2015 - 22/06/2015**

Client code CL44425

**Retail price**    $ 220 000,00
**Less 20% disc**   $ 44 000,00



LOW-622-B

Nate Lowman
Franklin Street Studio Reverse 2, 2015
Latex on linen
167.6 x 228.6 x 3.8 cm / 66 x 90 x 1 1/2 inches

| Amount | Sales tax | Total |
|---|---|---|
| 176 000,00 | 0,00 | 176 000,00 |
| Outside the scope of VAT | | $ |

Payment is due upon receipt of invoice. Payment to be made in currency indicated. Please make wire transfers payable to Carlson Ltd and quote the invoice number. If paying by wire transaction, you MUST add $ 25.00 to invoice total to cover banking fees. Any incurred wiring fees will be invoiced. Cheques are not accepted as a means of payment. Crating, shipping, taxes and insurance charges are the responsibility of the purchaser and are not included in the sales price. Title of work remains with Carlson Limited until payment is received in full. Artist retains copyright.



WWW.MASSIMODECARLO.COM

# MASSIMODECARLO

Bank Details (USD): NatWest
Regent Street Branch, 250 Regent Street
London W1B 3BN - UK
Account Name: Carlson Ltd
USD Account No: 140/00/28672496
Account Key: NXNFVWYQ-USD-00
IBAN: GB88NWBK60730128672496
BIC/SWIFT: NWBKGB2L
Sort Code: 560027

Mr David Shuman
260 Park Avenue South - Penthouse
NEW YORK
NY 10010
UNITED STATES OF AMERICA

---

**Invoice n. 626/2015 - 22/06/2015**

Client code CL44425

**Retail price**  $ 30 000,00
**Less 20% disc**  $ 6 000,00

URA-536-B

Andra Ursuta
Lardon, 2015
Canvas on plywood panel, with Optium in artist wooden frame
75 x 78.5 x 3.5 cm / 29 3/4 x 31 inches unframed
93.5 x 136.8 x 7.5 cm framed

| Amount | Sales tax | Total |
|---|---|---|
| 20 000,00 | 0,00 | 20 000,00 |
| Outside the scope of VAT | | $ |

Payment is due upon receipt of invoice. Payment to be made in currency indicated. Please make wire transfers payable to Carlson Ltd and quote the invoice number. If paying by wire transaction, you MUST add $ 25.00 to invoice total to cover banking fees. Any incurred wiring fees will be invoiced. Cheques are not accepted as a means of payment. Crating, shipping, taxes and insurance charges are the responsibility of the purchaser and are not included in the sales price. Title of work remains with Carlson Limited until payment is received in full. Artist retains copyright.

EL note added on 27/10/18: Actual sales invoice amount is $20,000. Amount in Sage is $20,000.



{ MDC }
WWW.MASSIMODECARLO.COM

55 SOUTH AUDLEY STREET - UK - LONDON W1K 2QH - T./F. +44 (0)20 7287.2005 - LONDON@MASSIMODECARLO.COM

# MASSIMODECARLO

Bank Details (USD): NatWest
Regent Street Branch, 250 Regent Street
London W1B 3BN - UK
Account Name: Carlson Ltd
USD Account No: 140/00/28672496
Account Key: NXNFVWYQ-USD-00
IBAN: GB88NWBK60730128672496
BIC/SWIFT: NWBKGB2L
Sort Code: 560027

Mr David Shuman
260 Park Avenue South - Penthouse
NEW YORK
NY 10010
UNITED STATES OF AMERICA

---

**Invoice n. 627/2015 - 22/06/2015**

Client code CL44425

Retail price      $ 30 000,00
Less 20% disc  $ 6 000,00

URA-537-B

Andra Ursuta
Horse Hood, 2015
Canvas on plywood panel, with Optium in artist wooden frame
76.3 x 78.8 x 3.5 cm / 30 3/16 x 31 1/8 inches unframed
88.8 x 93.5 x 8 cm / 35 x 36 13/16 x 1 3/8 inches framed

| Amount | Sales tax | Total |
|---|---|---|
| 20 000,00 | 0,00 | 20 000,00 |
| Outside the scope of VAT | | $ |

Payment is due upon receipt of invoice. Payment to be made in currency indicated. Please make wire transfers payable to Carlson Ltd and quote the invoice number. If paying by wire transaction, you MUST add $ 25.00 to invoice total to cover banking fees. Any incurred wiring fees will be invoiced. Cheques are not accepted as a means of payment. Crating, shipping, taxes and insurance charges are the responsibility of the purchaser and are not included in the sales price. Title of work remains with Carlson Limited until payment is received in full. Artist retains copyright.

EL note added on 27/10/18: Actual sales invoice amount is $20,000. Amount in Sage is $20,000.



{ MDC }
WWW.MASSIMODECARLO.COM

55 SOUTH AUDLEY STREET - UK - LONDON W1K 2QH - T./F. +44 (0)20 7287.2005 - LONDON@MASSIMODECARLO.COM

# MASSIMODECARLO

Bank Details (USD): NatWest
Regent Street Branch, 250 Regent Street
London W1B 3BN - UK
Account Name: Carlson Ltd
USD Account No: 140/00/28672496
Account Key: NXNFVWYQ-USD-00
IBAN: GB88NWBK60730128672496
BIC/SWIFT: NWBKGB2L
Sort Code: 560027

Mr David Shuman
260 Park Avenue South - Penthouse
NEW YORK
NY 10010
UNITED STATES OF AMERICA

---

**Invoice n. 624/2015 - 22/06/2015**

Client code CL44425

Retail price       $ 220 000,00
Less 20% disc   $ 44 000,00

LOW-620-B

Nate Lowman
Franklin Street Studio Reverse, 2015
Latex on linen
167.6 x 228.6 x 3.8 cm / 66 x 90 x 1 1/2 inches

| Amount | Sales tax | Total |
|---|---|---|
| 176 000,00 | 0,00 | 176 000,00 |
| Outside the scope of VAT | | $ |

Payment is due upon receipt of invoice. Payment to be made in currency indicated. Please make wire transfers payable to Carlson Ltd and quote the invoice number. If paying by wire transaction, you MUST add $ 25.00 to invoice total to cover banking fees. Any incurred wiring fees will be invoiced. Cheques are not accepted as a means of payment. Crating, shipping, taxes and insurance charges are the responsibility of the purchaser and are not included in the sales price. Title of work remains with Carlson Limited until payment is received in full. Artist retains copyright.



{ MDC }
WWW.MASSIMODECARLO.COM

55 SOUTH AUDLEY STREET - UK - LONDON W1K 2QH - T./F. +44 (0)20 7287.2005 - LONDON@MASSIMODECARLO.COM

# MASSIMODECARLO

Bank Details (USD): NatWest
Regent Street Branch, 250 Regent Street
London W1B 3BN - UK
Account Name: Carlson Ltd
USD Account No: 140/00/28672496
Account Key: NXNFVWYQ-USD-00
IBAN: GB88NWBK60730128672496
BIC/SWIFT: NWBKGB2L
Sort Code: 560027

Mr David Shuman
260 Park Avenue South - Penthouse
NY 10010
New York
UNITED STATES OF AMERICA

**Invoice n. 650/2015 - 23/09/2015**

Client code CL44425

**Retail price**   $ 250 000,00
**Less 20% disc** $ 50 000,00



LOW-629-B

Nate Lowman
Safety Lump Sum, 2015
Oil and alkyd on canvas
213.4 x 317.5 x 3.8 cm / 84 x 125 x 1.5 inches

| Amount | Sales tax | Total |
|---|---|---|
| 200 000,00 | 0,00 | 200 000,00 |
| Outside the scope of VAT | | $ |

Payment is due upon receipt of invoice. Payment to be made in currency indicated. Please make wire transfers payable to Carlson Ltd and quote the invoice number. If paying by wire transaction, you MUST add $ 25.00 to invoice total to cover banking fees. Any incurred wiring fees will be invoiced. Cheques are not accepted as a means of payment. Crating, shipping, taxes and insurance charges are the responsibility of the purchaser and are not included in the sales price. After 30 days from the sale date, purchaser will accrue storage, insurance and administrative charges. Title of work remains with Carlson Limited until payment is received in full. Artist retains copyright.



{ MDC }
WWW.MASSIMODECARLO.COM

55 SOUTH AUDLEY STREET - UK - LONDON W1K 2QH - T./F. +44 (0)20 7287.2005 - LONDON@MASSIMODECARLO.COM

# MASSIMODECARLO

Bank Details (USD): NatWest
Regent Street Branch, 250 Regent Street
London W1B 3BN - UK
Account Name: Carlson Ltd
USD Account No: 140/00/28672496
Account Key: NXNFVWYQ-USD-00
IBAN: GB88NWBK60730128672496
BIC/SWIFT: NWBKGB2L
Sort Code: 560027

Mr David Shuman
260 Park Avenue South - Penthouse
NY 10010
New York
UNITED STATES OF AMERICA

---

**Invoice n. 651/2015 - 23/09/2015**

Client code CL44425

**Retail price**      $ 250 000,00
**Less 20% disc** $ 50 000,00

LOW-630-B

Nate Lowman
Lump Cairn Sum, 2015
Oil and alkyd on canvas
213.4 x 317.5 x 3.8 cm / 84 x 125 x 1.5 inches

| Amount | Sales tax | Total |
|---|---|---|
| 200 000,00 | 0,00 | 200 000,00 |
| Outside the scope of VAT | | $ |

Payment is due upon receipt of invoice. Payment to be made in currency indicated. Please make wire transfers payable to Carlson Ltd and quote the invoice number. If paying by wire transaction, you MUST add $ 25.00 to invoice total to cover banking fees. Any incurred wiring fees will be invoiced. Cheques are not accepted as a means of payment. Crating, shipping, taxes and insurance charges are the responsibility of the purchaser and are not included in the sales price. After 30 days from the sale date, purchaser will accrue storage, insurance and administrative charges. Title of work remains with Carlson Limited until payment is received in full. Artist retains copyright.



{ MDC }
WWW.MASSIMODECARLO.COM

55 SOUTH AUDLEY STREET - UK - LONDON W1K 2QH - T./F. +44 (0)20 7287.2005 - LONDON@MASSIMODECARLO.COM

# MASSIMODECARLO

Bank Details (USD): NatWest
Regent Street Branch, 250 Regent Street
London W1B 3BN - UK
Account Name: Carlson Ltd
USD Account No: 140/00/28672496
Account Key: NXNFVWYQ-USD-00
IBAN: GB88NWBK60730128672496
BIC/SWIFT: NWBKGB2L
Sort Code: 560027

Mr David Shuman
260 Park Avenue South - Penthouse
USA - New York, NY 10010
Stati Uniti d'America

---

**Invoice n. 148/2018 - 30/08/2018**

Client code CL44425

**Retail price: $160,000.00**
**Less 20% discount: $32,000.00**
**Sale price: $128,000.00**



UKL-637-B

Piotr Uklański
Untitled (Blood On Mars), 2015
Ink and gesso on canvas
165 × 165 × 6.35 cm / 65 × 65 × 2 1/2 inches

| Amount | Sales tax | Total |
|---|---|---|
| 128 000,00 | 0,00 | 128 000,00 |

Outside the scope of VAT

$

Payment is due upon receipt of invoice. Payment to be made in currency indicated. Please make wire transfers payable to Carlson Ltd and quote the invoice number. If paying by wire transaction, you MUST add $ 25.00 to invoice total to cover banking fees. Any incurred wiring fees will be invoiced. Cheques are not accepted as a means of payment. Crating, shipping, taxes and insurance charges are the responsibility of the purchaser and are not included in the sales price. After 30 days from the sale date, purchaser will accrue storage, insurance and administrative charges. Title of work remains with Carlson Limited until payment is received in full. Artist retains copyright.



WWW.MASSIMODECARLO.COM

55 SOUTH AUDLEY STREET - UK - LONDON W1K 2QH - T./F. +44 (0) 20 7287.2005 - LONDON@MASSIMODECARLO.COM
CARLSON LTD - REGISTERED IN ENGLAND AND WALES - REGISTRATION NO. 6410385 - VAT NO. GB 939 8581 58

# MASSIMODECARLO

Bank Details (USD): NatWest
Regent Street Branch, 250 Regent Street
London W1B 3BN - UK
Account Name: Carlson Ltd
USD Account No: 140/00/28672496
Account Key: NXNFVWYQ-USD-00
IBAN: GB88NWBK60730128672496
BIC/SWIFT: NWBKGB2L
Sort Code: 560027

Mr David Shuman
260 Park Avenue South - Penthouse
USA - New York, NY 10010
Stati Uniti d'America

---

**Invoice n. 150/2018 - 30/08/2018**

Client code CL44425

**Retail price: $160,000.00**
**Less 20% discount: $32,000.00**
**Sale price: $128,000.00**



UKL-638-B

Piotr Uklański
Untitled (Bloody Confounded), 2015
Ink and gesso on canvas
165 × 165 × 6.35 cm / 65 × 65 × 2 1/2 inches

| Amount | Sales tax | Total |
|---|---|---|
| 128 000,00 | 0,00 | 128 000,00 |
| Outside the scope of VAT | | $ |

Payment is due upon receipt of invoice. Payment to be made in currency indicated. Please make wire transfers payable to Carlson Ltd and quote the invoice number. If paying by wire transaction, you MUST add $ 25.00 to invoice total to cover banking fees. Any incurred wiring fees will be invoiced. Cheques are not accepted as a means of payment. Crating, shipping, taxes and insurance charges are the responsibility of the purchaser and are not included in the sales price. After 30 days from the sale date, purchaser will accrue storage, insurance and administrative charges.Title of work remains with Carlson Limited until payment is received in full. Artist retains copyright.



WWW.MASSIMODECARLO.COM

55 SOUTH AUDLEY STREET – UK – LONDON W1K 2QH – T./F. +44 (0) 20 7287.2005 – LONDON@MASSIMODECARLO.COM
CARLSON LTD – REGISTERED IN ENGLAND AND WALES – REGISTRATION NO. 6410385 – VAT NO. GB 939 8581 58