# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
MDC S.p.A,

                      Plaintiff,                      19 **CIVIL** 7159 (CM)

      -against-                                  **JUDGMENT**

DAVID SHUMAN

                      Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact, Conclusions of Law, and Verdict dated June 30, 2021, that judgment is entered as follows:

    In favor of Plaintiff in the amount of $35,000 for Defendant's failure to remit full payment for LOW-629 by the delivery date of the painting on March 31, 2016, plus pre-judgment interest at 9% (accruing beginning March 31, 2016 and running through June 30, 2021) in the amount of $16,543.97, for a total amount of $51,543.97.

    In favor of Plaintiff in the amount of $57,850 for Defendant's failure to remit full payment for LOW-630 by the delivery date of the painting on February 1, 2016, plus pre-judgment interest at 9% (accruing beginning February 1, 2016 and running through June 30, 2021) in the amount of $28,186.42 for a total amount of $86,036.42.

    In favor of Defendant in the amount of (i) $80,000 plus pre-judgment interest at 9% (accruing beginning May 31, 2018 and running through June 30, 2021) in the amount of $22,211.51, and (ii) $38,717 plus pre-judgment interest at 9% (accruing beginning August 1, 2018 and running through June 30, 2021) in the amount of $10,157.64, for a total amount of $151,086.15.

    These amounts shall be set off against each other, such that the net amount that MDC must

pay to Shuman is, as of June 30, 2021, $13,505.76;

Otherwise dismissing Plaintiff's claims;

Ordering Shuman to return the paintings identified as UKL-624 and URA-523 to MDC within fourteen days;

Dismissing Defendant's counterclaim for the gallery's failure to deliver of PEI-550;

Denying Defendant's belated effort to assert additional counterclaims; and

Directing each side to bear its own costs; accordingly, this case is closed.

**Dated:** New York, New York
June 30, 2021

**RUBY J. KRAJICK**
Clerk of Court

BY: _____
Deputy Clerk